GEORGE I. SKINNER, as Superintendent of Banks of the State of New York, Respondent, *v.* CHARLES M. SCHWAB et al., Defendants, and PHŒNIX INSURANCE COMPANY et al., Appellants.

*Banks and banking — action to enforce statutory liability of shareholders of insolvent trust company in liquidation — application of Banking Law to trust company incorporated under special statute.*

*Skinner* v. *Schwab*, 188 App. Div. 457, affirmed.

(Argued April 27, 1920; decided June 1, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 30, 1919, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought to enforce the statutory liability of defendants as stockholders of an insolvent trust company in liquidation. Appellants contended that the trust company in suit was incorporated by a special act of the legislature and that, therefore, their liability is not controlled by section 196 of the Banking Law as it existed at the time of the commencement of this action (1913), and that even if the trust company, at the time of its creation, was made subject to the Banking Law, the obligations of its shareholders should be measured by the provisions of such Banking Law at such time of creation and cannot be changed by subsequent amendment not specifically referring to the charter act.

*Samuel Seabury* for appellants.

*Arthur M. Johnson* for Alice M. Phipps, as executrix, appellant.

*Samuel S. Koenig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: COLLIN, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ. Not voting: HISCOCK, Ch. J. Not sitting: ELKUS, J.